UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-cr-404-T-23EAJ

GRIGOR MARSIKYAN
_____/

**ORDER**

The April 25, 2005, judgment and commitment order (Doc. 42) states that the defendant "shall surrender for service of sentence at the institution designated by the Bureau of Prisons--within sixty (60) days--as notified by the United States Marshal." On June 20, 2005, the defendant moved for a continuance of his reporting date because he has not been notified of the facility to which he should report (Doc. 45). The United States Marshal confirms that a designation has not yet been made. Accordingly, the motion is **GRANTED**.

Should the defendant fail to receive notification of the institution to which he is to report by July 5, 2005, he shall report to the United States Marshal's Office, 801 North Florida Avenue, Tampa, Florida, no later than 10:00 a.m. on July 8, 2005.

ORDERED in Tampa, Florida, on June 21, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   U.S. Marshal